CUMMINGS *v.* BIRD.

GILBERT, J. The exception in this case is to the refusal to grant an interlocutory injunction. Upon conflicting evidence the judgment of the trial court will not be controlled.

*Judgment affirmed. All the Justices concur, except Russell, C. J., dissenting.*

No. 7340. DECEMBER 12, 1929.

*Charles Emory Smith,* for plaintiff. *W. H. Lanier,* for defendant.